B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Dale L. Tenhulzen**

                                              Debtor

Case No.    **08-13152**

Chapter    **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,850,000.00 | | |
| B - Personal Property | Yes | 4 | 2,172.23 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 2,767,062.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 253,129.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 2,638,846.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,223.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 1,852,172.23 | | |
| Total Liabilities | | | | 5,659,037.58 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Dale L. Tenhulzen**
_____,
Debtor

Case No. _____**08-13152**_____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Dale L. Tenhulzen**                               ,     Case No.     **08-13152**
                                          Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1000 N. University Drive # 802 Jupiter, Florida 33477** | **Fee simple** | - | **800,000.00** | **1,425,500.00** |
| **630-32 50th Street West Palm Beach, FL 33066** | **Fee simple** | - | **180,000.00** | **223,000.00** |
| **9000 N.W. 28th Drive # I-304 Coral Springs, Florida 33066** | **Fee simple** | - | **195,000.00** | **226,000.00** |
| **8420 S.W. 185th Street Miami, Florida 33157** | **Fee simple** | - | **500,000.00** | **642,000.00** |
| **598 N.W. 64th Street Miami, Florida (under Big Cars to Go LLC)** | **Fee simple** | - | **175,000.00** | **156,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,850,000.00** | (Total of this page) |
| Total > | **1,850,000.00** | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re __Dale L. Tenhulzen_____, Case No. __08-13152_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 85.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital One Savings account #3215388242** | - | 40.00 |
| | | **Wachovia Bank, Jupiter East, Florida #2000032084128 036 130 re Golden Eggs Unlimited, LLC** | - | 251.55 |
| | | **Wachovia Bank, Jupiter East, # 2000032084115 re Chaka's Reserve, LLC** | - | 56.98 |
| | | **Wachovia, Jupiter East # 200003208413 re Meltless Iceberg, LLC** | - | 97.82 |
| | | **Bank of America as of 2/21/08-3/20/08 #8980 0886 4175 re Dale L. Tenhulzen** | - | 195.14 |
| | | **Bank of America re #0089 8000 4160- Equity Holdings, LLC** | - | 0.00 |
| | | **Bank of America # 0089 8000 4377 - Gulf Coat Real Estate Equities, LLC** | - | 0.00 |
| | | **Bank of America # 0089 8000 4393 - Participating Partners, LLC** | - | 0.00 |
| | | **WaMu re Dale L. Tenhulzen** | | 101.24 |
| | | **Ocean Bank # 172161506 re Dale Tenhulzen** | - | 1.65 |
| | | **Wachovia Business Checking # 2000021111293, TNT Funding Group, LLC** | - | 83.99 |
| | | **Wachovia Business Checking # 2000032083954 - Big Cars To Go, Inc.** | - | 258.86 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >     1,172.23
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                          ,    Case No.    **08-13152**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and related furnishings** | - | **250.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, etc.** | - | **200.00** |
| 6. Wearing apparel. | | **Wearing appeal, valuable only to Debtor** | - | **150.00** |
| 7. Furs and jewelry. | | **One watch and ring** | - | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Hobby equipment** | - | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Ohio National Financial Services (Life Insurance for Dale Lister Tenhulzen) under TNT Funding Group LLC** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Golden Eggs Unlimited, LLC; Meltless Iceberg LLC; Chaka's Reserve LLC; Equity Holdings LLC; Participating Partners, LLC; Gulf Coast Real Estate Equities, LLC; TNT Funding Group LLC; and Big Cars to Go LLC.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >     **800.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __**Dale L. Tenhulzen**_____ ,    Case No. ___**08-13152**_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                    ,        Case No.    **08-13152**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and supplies** | - | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **200.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **2,172.23** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re __**Dale L. Tenhulzen**_____,      Case No. ___**08-13152**_____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | **Fla. Const. art. X, § 4(a)(2)** | **85.00** | **85.00** |
| **Household Goods and Furnishings** | | | |
| Household goods and related furnishings | **Fla. Const. art. X, § 4(a)(2)** | **250.00** | **250.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures, etc. | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| Wearing appeal, valuable only to Debtor | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Furs and Jewelry** | | | |
| One watch and ring | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Hobby equipment | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| Office equipment and supplies | **Fla. Const. art. X, § 4(a)(2)** | **115.00** | **200.00** |
| | Total: | **1,000.00** | **1,085.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Dale L. Tenhulzen**                                                          Case No.    **08-13152**

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0038867222** <br><br> **Aurora Loan Services** <br> **10350 Park Meadows Drive** <br> **Littleton, CO 80124** | | | **Mortgage** <br><br> **9000 N.W. 28th Drive** <br> **# I-304** <br> **Coral Springs, Florida   33066** <br><br> Value $          **195,000.00** | | | | **190,000.00** | **0.00** |
| Account No. **0038867297** <br><br> **Aurora Loan Services** <br> **10350 Park Meadows Drive** <br> **Littleton, CO 80124** | | | **9000 N.W. 28th Drive** <br> **# I-304** <br> **Coral Springs, Florida   33066** <br><br> - <br><br> Value $          **195,000.00** | | | | **36,000.00** | **31,000.00** |
| Account No. **4000614012** <br><br> **BMW Financial Services** <br> **POB 9001065** <br> **Louisville, KY 40290-1065** | | | **2006 BMW 5301 Leased automobile** <br><br> - <br><br> Value $          **Unknown** | | | | **40,662.00** | **Unknown** |
| Account No. <br><br> **Bob Gaines** <br> **4614 Rancho Reposo** <br> **Del Mar, CA 92014-4201** | | | **1989  38 Ft. Mediterranean fishing boat** <br><br> - <br><br> Value $          **60,000.00** | | | | **75,000.00** | **15,000.00** |
| **3** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **341,662.00** | **46,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Dale L. Tenhulzen_____,     Case No. ___08-13152_____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **23033186** <br><br> **Chase Home Finance LLC** <br> **10790 Rancho Bernardo Road** <br> **San Diego, CA 92127** | | - | Mortgage <br><br> **630-32 50th Street, West Palm Beach, FL 33066 - mortgage sold to U.S. Bank, N.A., as trustee.** <br><br> Value $ 180,000.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> **City of West Palm Beach** <br> **1000 N. US. Highway 1** <br> **Suite 802** <br> **Jupiter, FL 33477** | | - | Liens <br><br> **630-32 50th Street** <br> **West Palm Beach, FL  33066** <br><br> Value $ 180,000.00 | | | | 23,900.00 | 0.00 |
| Account No. **141513075** <br><br> **Countrywide Home Loans** <br> **P.O. Box 660694** <br> **Dallas, TX 75266-0694** | | - | Mortgage <br><br> **1000 N. University Drive** <br> **# 802** <br> **Jupiter, Florida  33477** <br><br> Value $ 800,000.00 | | | | 969,500.00 | 169,500.00 |
| Account No. **4170 0202 1412 5340** <br><br> **Indymac Bank** <br> **POB 78826** <br> **Phoenix, AZ 85062-8826** | | - | **1000 N. University Drive** <br> **# 802** <br> **Jupiter, Florida  33477** <br><br> Value $ 800,000.00 | | | | 156,000.00 | 156,000.00 |
| Account No. **1010495412** <br><br> **IndymacBank** <br> **POB 3038** <br> **Evansville, IN 47730** | | - | Mortgage <br><br> **8420 S.W. 185th Street** <br> **Miami, Florida  33157** <br><br> Value $ 500,000.00 | | | | 617,000.00 | 117,000.00 |
| Sheet _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal <br> (Total of this page) | | | | 1,766,400.00 | 442,500.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Dale L. Tenhulzen_____,    Case No. ___08-13152_____
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Claim of Lien | | | | | |
| Infinity Developers, Inc. 13370 S.W. 131 Street Suite 111 Miami, FL 33186 | - | | 8420 S.W. 185th Street Miami, Florida 33157 | | | | | |
| | | | Value $        500,000.00 | | | | 25,000.00 | 25,000.00 |
| Account No. | | | Personal note given for improvements, etc. re 3500 Frantz Road | | | | | |
| Infinity Developers, Inc. 13370 SW 131 Street Suite 111 Miami, FL 33186 | - | | | | | | | |
| | | | Value $              0.00 | | | | 65,000.00 | 65,000.00 |
| Account No. 010172161528 | | | 2/16/06 | | | | | |
| Ocean Bank 780 N.W. 42nd Avenue Miami, FL 33126 | - | | Mortgage 1000 N. University Drive # 802 Jupiter, Florida 33477 | | | | | |
| | | | Value $        800,000.00 | | | | 300,000.00 | 300,000.00 |
| Account No. | | | 2005 Harley Davidson Wide Glide Bike | | | | | |
| Suntrust Bank, NA Consumer Loan Payments POB 79114 Baltimore, MD 21279-1144 | - | | | | | | | |
| | | | Value $          Unknown | | | | 6,000.00 | Unknown |
| Account No. | | | Mortgage acquired from Chase Home Finance | | | | | |
| U.S. Bank National Association, Trustee for JP Morgan Acquisition Trust 2006 ACC c/o Marshall Watson 1800 N.W. 49th Street, # 120 Fort Lauderdale, FL 33309 | - | | 630-32  50th Street, West Palm Beach, Florida 33407. | | | | | |
| | | | Value $        180,000.00 | | | | 223,000.00 | 43,000.00 |

Sheet  __2__  of __3__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 619,000.00 | 433,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                              ,     Case No. _____**08-13152**_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **320101000062036** <br><br> **Wachovia Bank** <br> **POB 52117** <br> **Jacksonville, FL 32201-2117** | - | | **1998 Grady-White Bimini 306 Boat Vin # NTLCC506C898 (repossessed 2/8/08; sold by lender for $26,000)** <br><br><br> Value $      **Unknown** | | | | **40,000.00** | **Unknown** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet   **3**   of   **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **40,000.00** | **0.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **2,767,062.00** | **921,500.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re **Dale L. Tenhulzen** _____ , Case No. ___**08-13152**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__**5**___ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Dale L. Tenhulzen**                                              ,  Case No. ____**08-13152**_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | **Child support allegedly owed** | | | | | |
| **Christine Tenhulzen 5191 Skylark Drive Huntington Beach, CA 92649** | - | | | | | X | X | | 52,455.00 |
| | | | | | | | | 52,455.00 | 0.00 |
| Account No. | | | | **Interest allegedly due re child support** | | | | | |
| **Christine Tenhulzen 5191 Skylark Drive Huntington Beach, CA 92649** | - | | | | | X | X | | 26,378.00 |
| | | | | | | | | 26,378.00 | 0.00 |
| Account No. | | | | **Attorneys for Mrs. Tenhulzen seeking legal bills and Sperry's total forensic accountant bills** | | | | | |
| **Jerome D. Stark SBN 67633 Jerome D. Stark, PC 2700 N. Main Street Suite 630 Santa Ana, CA 92705** | - | | | | | X | X | | 56,000.00 |
| | | | | | | | | 56,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __**1**___ of __**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 134,833.00
(Total of this page) | 134,833.00 | 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Dale L. Tenhulzen** _____ , Case No. **08-13152** _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **18122-EA-0220**<br><br>**Broward County Revenue Collection**<br>**POB 29009**<br>**Fort Lauderdale, FL 33301-9009** | | - | **Account Name: Meltless Iceberg, LLC**<br><br>**2007 Real Estate Ad Valorem Taxes/Assessments - Island Club at Coral Springs Con, Unit 1-304** | | | | **3,991.48** | **0.00** | **3,991.48** |
| Account No. **125023**<br><br>**City of West Palm Beach**<br>**POB 3366**<br>**West Palm Beach, FL 33402-3366** | | - | **for 630 and 632  50th Street** | | | | **100.00** | **0.00** | **100.00** |
| Account No. **Meter No. 71234036**<br><br>**City of West Palm Beach**<br>**POB 3366**<br>**West Palm Beach, FL 33402-3366** | | - | **632  50th Street, #A** | | | | **52.00** | **0.00** | **52.00** |
| Account No. **30-43-40-31-35-000-0020**<br><br>**County of Palm Beach, Tax Collector**<br>**POB 3353**<br>**West Palm Beach, FL 33402-3353** | | - | **2007 Ad Valorem Taxes/Assessments**<br><br>**Dockside at Jupiter Harbour Lt 2** | | | | **13,576.96** | **0.00** | **13,576.96** |
| Account No.<br><br>**Department of Solid Waste**<br>**2525 N.W. 62nd Street**<br>**5th Floor**<br>**Miami, FL 33147** | | - | | | | | **100.00** | **0.00** | **100.00** |

Sheet __**2**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 17,820.44 | | 17,820.44 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                                                                      ,    Case No. ____**08-13152**_____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **2085600** <br><br> **Loxahatchee River District POB 8800 Jupiter, FL 33468-8800** | | - | | | Service address: 1000 US One N. 802 1/1/08 - 3/31/08 | | | | **300.00** | 0.00 <br><br> **300.00** |
| Account No. <br><br> **Miami-Dade County Tax Collector 16103 SW 145 Street Miami, FL 33196** | | - | | | Folio 36-6003-003-0480  8420 S.W. 185th Street | | | | **4,158.00** | 0.00 <br><br> **4,158.00** |
| Account No. **01-3113-025-0370** <br><br> **Miami-Dade Tax Collector 140 W. Flagler Street Miami, FL 33130-1575** | | - | | | Account Name: Meltless Iceberg LLC <br><br> 2007 Real Estate Property Taxes Ad Valorem/Assessment for 598 N.W. 64th Street | | | | **4,242.87** | 0.00 <br><br> **4,242.87** |
| Account No. **01-4120-012-0690** <br><br> **Miami-Dade Tax Collector 140 W. Flagler Street Miami, FL 33130-1575** | | - | | | Account Name: Golden Eggs Unlimited LLC <br><br> 2007 Real Estate Property Taxes Ad Valorem/Assessment for 3500 Frantz Road | | | | **14,268.13** | 0.00 <br><br> **14,268.13** |
| Account No. **2006 00263959** <br><br> **Orange County Recorder P.O. Box 1438 Santa Ana, CA 92702** | | - | | | Orange County tax lien | | | | **1,626.00** | 0.00 <br><br> **1,626.00** |

Sheet __**3**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| **24,595.00** | **24,595.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Dale L. Tenhulzen**                                                              ,   Case No.   **08-13152**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **30-43-40-31-29-000-0270** | | **2007 Ad Valorem Taxes/Assessments** | | | | | | | |
| **Palm Beach County, Tax Collector** **POB 3353** **West Palm Beach, FL 33404-3353** | - | **Jupiter Harbour Marina Cond. Dock 27** | | | | | | | **0.00** |
| | | | | | | | | **2,997.28** | **2,997.28** |
| Account No. **74-43-43-04-08-057-0170** | | **630 and 632  50th Street** | | | | | | | |
| **Palm Beach Tax Collector** **POB 3353** **West Palm Beach, FL 33402-3353** | - | | | | | | | | **0.00** |
| | | | | | | | | **23,900.00** | **23,900.00** |
| Account No. **30-43-40-31-35-000-0020** | | | | | | | | | |
| **Palm Beach Tax Collector** **1000 North U.S. Highway 1** **Suite 802** **Jupiter, FL 33477** | - | | | | | | | | **0.00** |
| | | | | | | | | **12,124.00** | **12,124.00** |
| Account No. **SB UT 84-065401** | | **Sales tax due on 38 ft. mediterranean boat** | | | | | | | |
| **State Board of Equalization** **Centralized Collection Section** **POB 942879** **Sacramento, CA 94279-0095** | - | | | | | | | | **0.00** |
| | | | | | | | | **8,941.00** | **8,941.00** |
| Account No. **74-43-43-04-08-057-0170** | | **Account in the name of Big Cars to Go LLC** | | | | | | | |
| **Tax Collector, Palm Beach County** **POB 3353** **West Palm Beach, FL 33402-3353** | - | **2007 Ad Valorem Taxes/Assessments for North Palm Beach Pl, No. 4 Lts, 17 and 18 Blk 57** | | | | | | | **0.00** |
| | | | | | | | | **4,018.52** | **4,018.52** |

Sheet __**4**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **51,980.80** | **51,980.80** |

B6E (Official Form 6E) (12/07) - Cont.

In re __Dale L. Tenhulzen_____,    Case No. __08-13152_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. CE0612003  **The City of West Palm Beach Office of the City Attorney POB 3366 (33402) West Palm Beach, FL 33401** | - | | **City Code Enforcement for 630-632 50th Street** | | | | 23,900.00 | 0.00 | 23,900.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __5___ of __5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 23,900.00 | 23,900.00 |
| | Total | 134,833.00 | |
| | (Report on Summary of Schedules) | 253,129.24 | 118,296.24 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     **Dale L. Tenhulzen** _____,    Case No.     **08-13152** _____
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **7/17/07** <br><br> **Angela Hathaway** <br> **Charles J. Taunt & Associates** <br> **700 East Maple Road** <br> **2nd Floor** <br> **Birmingham, MI 48009-6359** | | - | | | **Assignment for the Benefit of Creditors of Red Apple Morley, LLC.** <br><br> **Listed for notice only.** | | | | **Unknown** |
| Account No. **06539477-001-03** <br><br> **AT&T Mobility** <br> **POB 538695** <br> **Atlanta, GA 30353-8695** | | - | | | | | | | **100.00** |
| Account No. **File # 251537 - Tenh-Tenh03** <br><br> **Bernard S. Shoeps, Esq.** <br> **20355 Hawthorne Blvd.** <br> **First Floor** <br> **Torrance, CA 90503** | | - | | | **Fees due -** | | | | **55,000.00** |
| Account No. <br><br> **Boat Rental Slip - Attn:  Donna** <br> **1000 North U.S. Highway 1** <br> **Suite 800** <br> **Jupiter, FL 33477** | | - | | | | | | | **3,900.00** |

___11___  continuation sheets attached

                                                   Subtotal <br> (Total of this page)            **59,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale L. Tenhulzen**                                                                ,        Case No.   **08-13152**
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Capital One** **POB 260848** **Plano, TX 75026-0848** | | - | | | | | | | 11,135.00 |
| Account No. **4121 7470 4529 7134** | | | | | Credit card | | | | |
| **Capital One Bank** **POB 650007** **Dallas, TX 75265-0007** | | - | | | | | | | 4,429.00 |
| Account No. **5178 0522 9782 7616** | | | | | Credit card | | | | |
| **Capital One Bank** **POB 650007** **Dallas, TX 75265-0007** | | - | | | | | | | 2,300.00 |
| Account No. **4791 2470 9373 9912** | | | | | Credit card | | | | |
| **Capital One Bank** **POB 650007** **Dallas, TX 75265-0007** | | - | | | | | | | 4,930.00 |
| Account No. | | | | | | | | | |
| **Citi Financial** **9487 S. Dixie Highway** **Miami, FL 33156** | | - | | | | | | | 8,272.00 |

Sheet no. __1___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,066.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale L. Tenhulzen**                          ,       Case No.   **08-13152**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6032 5903 6529 1524** <br><br> **Citifinancial Retail Services** <br> **POB 183041** <br> **Columbus, OH 43218-2060** | - | | | Credit card | | | | 8,230.00 |
| Account No. **3500 Frantz Road, Miami, FL** <br><br> **City Electric Supply Co.** <br> **POB 609521** <br> **Orlando, FL 32860** | - | | | Electric and related materials | | | | 2,536.00 |
| Account No. **125023 for 630 -632 50th St.** <br><br> **City of West Palm Beach** <br> **POB 3366** <br> **West Palm Beach, FL 33402-3366** | - | | | | | | | 100.00 |
| Account No. **Invoice A-1-49324** <br><br> **Corporate Creations** <br> **11380 Prosperity Farms Road** <br> **Suite 221E** <br> **Palm Beach Gardens, FL 33410** | - | | | Participating Partners LLC Dale Tenhulzen | | | | 189.00 |
| Account No. **Invoice #A-149309** <br><br> **Corporate Creations** <br> **11380 Prosperity Farms Road** <br> **Suite 221E** <br> **Palm Beach Gardens, FL 33410** | - | | | Gulf Coast Real Estate Equities LLC Tenhulzen | | | | 189.00 |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 11,244.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                              ,        Case No.    **08-13152**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Invoice #A-1-4968** <br><br> **Corporate Creations** <br> **11380 Prosperity Farms Rd** <br> **Palm Beach Gardens, FL 33410** | | - | | | **Gulf Coast Real Estate Equities, LLC, Tenhulzen** | | | | 200.00 |
| Account No. **Invoice A-1-49468** <br><br> **Corporate Creations** <br> **11380 Prosperity Farms Road** <br> **Suite 221E** <br> **Palm Beach Gardens, FL 33410** | | - | | | **Gulf Coast Real Estate Equities LLC, Tenhulzen** | | | | 550.00 |
| Account No. **Invoice #A-1-49323** <br><br> **Corporate Creations** <br> **11380 Prosperity Farms Rd** <br> **Palm Beach Gardens, FL 33410** | | - | | | **Equity Holdings LLC, Tenhulzen** | | | | 189.00 |
| Account No. **8420 N.W. 185 Street** <br><br> **Department of Solid Waste** <br> **2525 N.W. 62nd Street** <br> **5th Floor** <br> **Miami, FL 33147** | | - | | | | | | | 439.00 |
| Account No. **47-923-344-957-1** <br><br> **Department Stores National Bank** <br> **POB 6938** <br> **The Lakes, NV 88901-6938** | | - | | | **Macy's credit card** | | | | 166.00 |

Sheet no.  **3**  of  **11**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                         **1,544.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale L. Tenhulzen**                                    ,        Case No.        **08-13152**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2513**<br><br>**Dr. Vince Thomas**<br>**16141 Bolsa Chica Road**<br>**Huntington Beach, CA 92649** | | - | | | Professional services rendered plus finance charges 12/20/07-2/21/08 | | | | 226.00 |
| Account No.<br><br>**Equity Trust (FBO)**<br>**Herman E. Kelt III**<br>**POB 20984**<br>**Boulder, CO 80308** | | - | | | Listed for notice only. | X | X | X | 200,000.00 |
| Account No. **141162136**<br><br>**FedEx**<br>**POB 660481**<br>**Dallas, TX 75266-0481** | | - | | | Invoice #s 1-351-09940; 2-273-57382; 2-006-31726 | | | | 95.41 |
| Account No. **#27**<br><br>**Gabriel, Gabriel & Raymond, LLC**<br>**11380 Prosperity Farms Road**<br>**Suite 204**<br>**Palm Beach Gardens, FL 33410** | | - | | | Jupiter Harbour Marina Owners Association | | | | 1,770.00 |
| Account No. **#802**<br><br>**Gabriel, Gabriel & Raymond, LLC**<br>**11380 Prosperity Farms Road**<br>**Suite 204**<br>**Palm Beach Gardens, FL 33410** | | - | | | Townhomes at Jupiter Harbour HOA, Inc. | | | | 1,308.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        | 203,399.41 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                                    , Case No.    **08-13152**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **#802**<br><br>**Gabriel, Gabriel & Raymond, LLC**<br>**11380 Prosperity Farms Road**<br>**Suite 204**<br>**Palm Beach Gardens, FL 33410** | - | | | | **Townhomes at Jupiter Harbour HOA, POA** | | | | **1,273.00** |
| Account No. **8420 SW 185 Street**<br><br>**Gray Dolphin Pools**<br>**16225 S.W. 117 Avenue**<br>**Unit D-14**<br>**Miami, FL 33177** | - | | | | **Pool service** | | | | **52.00** |
| Account No. **482783708.8**<br><br>**Hauser & Associates**<br>**10940 N.E. 33rd Place**<br>**Suite 100**<br>**Bellevue, WA 98004** | - | | | | **Accounting services - 2006 tax return** | | | | **945.00** |
| Account No. **6035-3202-7296-6993**<br><br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364-0500** | - | | | | **Credit card** | | | | **556.00** |
| Account No. **Change Order #5**<br><br>**Infinity Developers, Inc.**<br>**13370 SW 131 Street**<br>**Suite 111**<br>**Miami, FL 33186** | - | | | | **8420 S.W. 185th Street - Cost of pool, pavers, etc.** | | | | **8,030.00** |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **10,856.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dale L. Tenhulzen_____ ,    Case No. ___08-13152_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Infinity Developers, Inc.<br>13370 S.W. 131 Street<br>Suite 111<br>Miami, FL 33186 | - | | | | Claim of Lien recorded 12/12/07 re 3500 Frantz Road. Debtor no longer owns this property since 11/1/07. | | | | 135,000.00 |
| Account No.<br><br>Infinity Developers, Inc.<br>13370 SW 131 Street<br>Suite 111<br>Miami, FL 33186 | - | | | | 3500 Frantz Road, Miami, FL 33133. Debtor no longer owns this property since 11/1/07. | | | | 187,000.00 |
| Account No.<br><br>J.T. Sims<br>c/o Trelog, Inc.<br>POB 23599<br>Louisville, KY 40224 | - | | | | Notice only | | X | X | 0.00 |
| Account No. #27<br><br>Jupiter Harbour Marina Owners Associatio<br>c/o Gabriel Gabriel & Raymond, LLC<br>Prosperity Gardens, Suite 204<br>11380 Prosperity Farms Road<br>Palm Beach Gardens, FL 33410 | - | | | | | | | | 1,451.46 |
| Account No.<br><br>Kathryn Avellanet<br>18911 Westwood Place<br>Dallas, TX 75287 | - | | | | | X | X | X | 50,000.00 |

Sheet no. __6___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     373,451.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  __Dale L. Tenhulzen_____,    Case No. ____08-13152_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Kathryn Avellanet Trustee of the Gardere Wynne Sewell LLP Savings & Retirement Plan FBO Kathryn Avellanet 18911 Westood Place Dallas, TX 75287** | - | | | | | X | X | X | 100,000.00 |
| Account No. | | | | | | | | | |
| **Kathryn Avellanet Trustee of the Trust Under Will of Betty J. Parsons FBO Shauna Higdon 18911 Westwood Place Dallas, TX 75287** | - | | | | | X | X | X | 50,000.00 |
| Account No. | | | | | Loan re air fare and hotel lodging while visiting children | | | | |
| **Linda Clark 16141 Santa Barbara Lane Huntington Beach, CA 92649** | | | | | | | | | 2,000.00 |
| Account No. **1 338347 8** | | | | | Fees for services fiscal year 07-08 4613 N. University Dr., Coral Springs, FL | | | | |
| **Miami-Dade County Dpt Solid Waste Mgmt 2525 N.W. 62 Street Miami, FL 33147** | - | | | | | | | | 439.00 |
| Account No. **8729735422** | | | | | TNT Funding Group LLC for 598 NW 64th Street | | | | |
| **Miami-Dade Water & Sewer POB 026055 Miami, FL 33102-6055** | - | | | | | | | | 530.00 |

Sheet no. _7___ of _11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          152,969.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                    , Case No. ___**08-13152**___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5996452444** <br><br> **Miami-Dade Water & Sewer** <br> **POB 026055** <br> **Miami, FL 33102-6055** | | - | | | **8420 SW 185 Street** | | | | 461.00 |
| Account No. <br><br> **Nataliya Sonis** <br> **1174 Arthur Street** <br> **Hollywood, FL 33019** | | - | | | | X | X | X | 50,000.00 |
| Account No. <br><br> **Nora Caceres** <br> **c/o William Terry, Esq.** <br> **5900 S.W. 73rd Street** <br> **Suite 303** <br> **Miami, FL 33143** | | - | | | **Dispute re property line of land  - residence repair at 18500 Caribbean Blvd., Miami, FL** | | | | 22,920.00 |
| Account No. **4266 3800 1390 4716** <br><br> **Nordstrom Bank** <br> **POB 79137** <br> **Phoenix, AZ 85062-9137** | | - | | | **Credit card** | | | | 8,000.00 |
| Account No. **141162136** <br><br> **North Shore Agency, Inc.** <br> **751 Summa Avenue** <br> **Westbury, NY 11590** | | - | | | **Collection agency for FedEx** | | | | 96.00 |

Sheet no. __**8**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    81,477.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale L. Tenhulzen**                                              ,        Case No.    **08-13152**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **010172161563** | | | | | 3500 Frantz Road, Miami, FL 33133.  Debtor no longer owns this property. | | | | |
| **Ocean Bank** **780 N.W. 42nd Avenue** **Miami, FL 33126-5597** | | | - | | | | | | |
| | | | | | | | | | 1,310,000.00 |
| Account No. **BWNMZSX - #C4863874004 &** | | | | | #125023 Under the name of Big Cars to Go LLC | | | | |
| **Penn Credit Corp.** **POB 988** **Harrisburg, PA 17108-0988** | | | - | | | | | | |
| | | | | | | | | | 100.00 |
| Account No. | | | | | Bookkeeper | | | | |
| **Royal Arabi** **8195 Copenhagen Way** **Boca Raton, FL 33434** | | | - | | | | | | |
| | | | | | | | | | 1,513.00 |
| Account No. **2008806006** | | | | | | | | | |
| **Small Business Administration** **801 Tom Martin Drive** **Suite 120** **Birmingham, AL 35211** | | | - | | | | | | |
| | | | | | | | | | 8,500.00 |
| Account No. **Client #1009-Invoice #1881** | | | | | Divorce forensic accountant | | | | |
| **Sperry, Bauer & Associates, LLP** **2441 Ridge Drive** **Suite 220** **Laguna Hills, CA 92653** | | | - | | | | | | |
| | | | | | | | | | 769.00 |

Sheet no. __9___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,320,882.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dale L. Tenhulzen__ _____ ,  Case No. ___08-13152_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **422478475** <br><br> **T-Mobile** <br> **POB 790047** <br> **Saint Louis, MO 63179-0047** | - | | **Cellular telephone** | | | | 200.07 |
| Account No. **304-00** <br><br> **The Islands Club at Coral Springs** <br> **c/o Quest Management Group** <br> **POB 651906** <br> **Miami, FL 33265** | - | | **Balance as of 10/18/07 and added monthly** | | | | 392.00 |
| Account No. **79963-24952** <br><br> **Town of Jupiter Utilities** <br> **POB 8900** <br> **Jupiter, FL 33468-8900** | - | | **Service address: 1000 N. US Highway 1, 802** | | | | 81.40 |
| Account No. **J389 0000 0802 01** <br><br> **Townhomes@Jupiter Harbour** <br> **c/o Prime Management** <br> **2074 W Indiantown Road** <br> **Suite 200** <br> **Jupiter, FL 33458** | - | | | | | | 860.00 |
| Account No. <br><br> **Trelog, Inc.** <br> **JT Sims** <br> **POB 23599** <br> **Louisville, KY 40223** | - | | **3500 Frantz Road, Miami, FL 33133.  Debtor no longer owns this property since 11/1/07.** | | | | 350,000.00 |

Sheet no. _**10**_ of _**11**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

351,533.47

B6F (Official Form 6F) (12/07) - Cont.

In re __Dale L. Tenhulzen_____,    Case No. ___08-13152_____
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **62398956** | | | - | | Cellular telephone for IFS/Dale Tenhulzen | | | | |
| Verizon Wireless POB 371322 Pittsburgh, PA 15250-7322 | | | | | | | | | |
| | | | | | | | | | 268.00 |
| Account No. **200721842** | | | - | | Bill-Pay Service for Big Cars to Go Checking | | | | |
| Wachovia Bank POB 563973 Charlotte, NC 28256-3973 | | | | | | | | | |
| | | | | | | | | | 1,156.00 |
| Account No. | | | - | | | | | | |
| Water Lily Design LLC c/o Cammi Weling 6313-C Chasewood Drive Jupiter, FL 33458 | | | | | | X | X | X | |
| | | | | | | | | | 40,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 41,424.00 |
| | Total (Report on Summary of Schedules) | 2,638,846.34 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Dale L. Tenhulzen**                                    ,   Case No.    **08-13152**
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **BMW Financial Services**<br>**POB 9001065**<br>**Louisville, KY 40290-1065** | **Automobile lease - expires 11/08** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Dale L. Tenhulzen**                                              ,    Case No.    **08-13152**
                                      Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re   __Dale L. Tenhulzen_____   Case No.   __08-13152_____
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | | **0.00** | $ | **N/A** |
| | | | | |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b.  Insurance | $ | **0.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify):                         | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | |
| 11. Social security or government assistance | | | | |
| (Specify):                         | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify):                         | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **0.00** | $ | **N/A** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **0.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  __Dale L. Tenhulzen_____     Case No. __08-13152_____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No __X__ | | |
| b. Is property insurance included? | Yes ___ | No __X__ | | |
| 2. Utilities: | a. Electricity and heating fuel | | $ | 0.00 |
| | b. Water and sewer | | $ | 0.00 |
| | c. Telephone | | $ | 0.00 |
| | d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 100.00 |
| 4. Food | | | $ | 500.00 |
| 5. Clothing | | | $ | 150.00 |
| 6. Laundry and dry cleaning | | | $ | 75.00 |
| 7. Medical and dental expenses | | | $ | 50.00 |
| 8. Transportation (not including car payments) | | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 100.00 |
| 10. Charitable contributions | | | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| | a. Homeowner's or renter's | | $ | 0.00 |
| | b. Life | | $ | 67.00 |
| | c. Health | | $ | 0.00 |
| | d. Auto | | $ | 115.00 |
| | e. Other __Liability insurance__ | | $ | 50.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| | (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| | a. Auto | | $ | 0.00 |
| | b. Other __Motorcycle__ | | $ | 341.00 |
| | c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 3,000.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other __Cell phones, fax, and DSL__ | | | $ | 250.00 |
| Other | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,223.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. | Average monthly expenses from Line 18 above | $ | 5,223.00 |
| c. | Monthly net income (a. minus b.) | $ | -5,223.00 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re    **Dale L. Tenhulzen**                  Case No.    **08-13152**

                               Debtor(s)           Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **34**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 22, 2008**                  Signature    **/s/ Dale L. Tenhulzen**

                                                  **Dale L. Tenhulzen**
                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Dale L. Tenhulzen**        Case No.   **08-13152**

          Debtor(s)      Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-33,891.00** | **2005 Income Tax** |
| **$10,000.00** | **2007 Income tax - consulting  $10,000.00** |
| **$0.00** | **2008 income up to date** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,675.00** | **For the year 2006 - rental income** |
| **$92,000.00** | **For the year 2007 - rental income** |
| **$4,775.00** | **This year to date - rental income** |
| **$14,880.82** | **Interest Income from CD-Note (14,880.82)** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Nordstrom Bank**<br>**POB 79137**<br>**Phoenix, AZ 85062-9137** | **12/17/07; 1/16/08; and 2/20/08** | **$796.00** | **$0.00** |
| **Suntrust Bank, NA** | **12/12/07; 1/17/08; 2/19/08; and 3/17/08** | **$1,364.00** | **$0.00** |
| **Small Business Administration** | **1/07/08; 2/07/08** | **$216.00** | **$0.00** |
| **State Board of Equalization** | **1/10/08; 2/11/08** | **$400.00** | **$0.00** |
| **Macey's** | **1/15/08; 2/20/08** | **$216.00** | **$0.00** |
| **Capital One** | **1/11/08; 1/15/08; 1/28/08; 2/05/08; 2/12/08; 3/03/08; 3/04/08; 3/12/08; 3/13/08** | **$4,516.00** | **$0.00** |
| **Home Depot Credit Services** | **2/25/08** | **$16.00** | **$0.00** |
| **Bernard S. Shoeps, Esq.** | **2008 - divorce attorney** | **$6,600.00** | **$0.00** |
| **Christine Tenhulzen** | **1/08 - child support $250.00 - baseball shoes $45** | **$295.00** | **$0.00** |

3

None
■
   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

   **4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Christine W. Tenhulzen v. Dale Tenhulzen, Family Division, Case No. 99D 010745** | **Divorce Proceeding** | **Superior court of the State of California, County of Orange, Lamoreux Justice Center, Family Division** | **Decree issued** |
| **Bayview Loan Servicing, LLC vs. Wyman Frederick, et al, Case No. 07-26954-CA-04** | **Judgment foreclosure** | **Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida** | **Pending  re property location: 598 NW 64th Street, Miami, FL 33150** |
| **U.S. Bank National Association, Trustee for JP Morgan Acquisition Trust - 2006 ACC vs. Dale Tenhulzen, et al - Case No. 50-2008 CA 002822 XXXXMB-AW** | **Foreclosure** | **Circuit Court, Palm Beach County, Florida** | **Pending** |
| **Aurora Loan Services, LLC vs. Melt Less Iceberg, LLC, et al, Case No. 08 007251-11** | **Foreclosure of property located at 9000 N.W. 28th Drive 1-304, Coral Springs, Florida  33065** | **Circuit Court, Broward County, Florida** | **Pending** |
| **Indymac Bank, F.S.B. vs. Dale Tenhulzen, et al, Case No. 13-2008-CA-008095 (div 30)** | **foreclosure complaint** | **Miami-Dade Circuit Court** | **Pending** |
| **Assignment for the Benefit of Creditors of Red Apple Morley, LLC** | **Assignment** | **State of Michigan, Circuit Court for the County of Macomb** | **pending** |

None
☐
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Infinity Developers, Inc. 13370 S.W. 131 Street Suite 111 Miami, FL 33186** | **Claim of Lien recorded 12/12/07** | **3500 Frantz Road** |

4

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wachovia Bank POB 52117 Jacksonville, FL 32201-2117** | 2/2008 | **1998 Grady-White Bimini 306 Boat Vin # NTLCC506C898 (repossessed 2/2008) $0.00** |
| **J.T. Sims c/o Trelog, Inc. POB 23599 Louisville, KY 40224** | 1/2005 | **Transferred 3500 Frantz Road, Miami, FL 33133 by way of quit-claim deed, subject to existing $1.4 million construction mortgage, on account of $300,000 debt. Sims had loaned Debtor $350,000 of which $300,000 CD was pledged to Ocean Bank, which offset it.** |
| **Chris Davis 431 Sheppards Way Park City, UT 84060** | | **My 1/10th share of the Ironwood Timeshare was sold to Chris Davis, my partner in it, for $10,000 to cover legal bills with Bernard Shoeps and other expenses.** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Allen Credit and Debt Counseling** | **prior to bankruptcy** | **$50** |
| **Fowler White Burnett, P.A.** | **prior to bankruptcy** | **$3,000** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Nora Caceres** **c/o William Terry, Esq.** **5900 S.W. 73rd Street** **Suite 303** **Miami, FL 33143** | **2006** | **Sold a house at 18500 Caribbean Boulevard, Miami, FL 33157, two years ago to acquire 8420 S.W. 185th Street** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Ocean Bank** | **CD Certificate - approximately 11/2007, the bank offset CD against construction loan of $1,700,000 for 3500 Frantz Road, leaving a remaining balance of the construct loan of $1.4 million** | **$300,000** |
| **E-Trades Accounts** | | |
| **Moors & Cabot account** | | |

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **The Ocean Bank CD** | | |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1000 N. U.S. Highway 1, # 802,** | **Same** | |
| **9000 N.W. 28th Drive #I-304 Coral Springs, FL** | | |
| **3500 Frantz Road** | | |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Golden Eggs Unlimited LLC** | | | **a Nevada limited liability company designed to be a blanker of protection around one piece of property.** | |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Meltless Iceberg LLC** | | | **a Nevada limited liability company designed to be a blanker of protection around one piece of property and my college fund for my oldest child. This is also tied to a trust account for him, which has no assets at this point.** | |
| **Chaka's Reserve LLC** | | | **a Nevada limited liability company designed to be a blanker of protection around one piece of property and my college fund for my youngest child.  This is also tied to a trust account for him, which has no assets at this point.** | |
| **Equity Holdings LLC** | | | **a Florida limited liability company designed to deliver any monies raised from Participating Partners LLC to  Gulf Coast Business Services LLC (for which I am no part of)** | |
| **Participating Partners, LLC** | | | **a Florida limited liability company designed for my fundraising efforts for the victims of Katrina.  Whomever contributed financially is a member of this LLC.  A list of participants under Schedule "F."** | |
| **Gulf Coast Real Estate Equities, LLC** | | | **a Florida limited liability company designed from my fundraising efforts for Katrina and a percentage of profits for building houses in the Gulf, which never came to development.** | |
| **TNT Funding Group LLC** | | | **company designed to run any loans through and most real estate transactions.  A Florida limited liability company.** | |
| **Big Cars to Go LLC** | | | **a Navada limited liability company designed to be a blanker of protection around one piece of property** | |

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Red Appley Morley** | | **23770 Hall Road (M-59) Clinton Township, MI 48036** | **Fundraising company for schools and non-for profits.  Sold gift wrap and giftables including food.** | **Organized in July 1998; bankruptcy filed June 006.  I was executive vice president of sales and major shareholder.  The company owes me in excess of $30,000 from loans and commissions.** |
| **Mai-Toi LLC** | | | **a Florida limited liability company.  This is my self-directed IRA and totally invested into Mississipi real estate, which at this point is worthless and it looks like there will be no return** | |
| **Nora Caceres** | **Red Apple Morley, LLC** | **c/o William Terry, Esq. 5900 S.W. 73rd Street Suite 303 Miami, FL 33143** | **a Michigan limited liability company - 12% owner - company filed an Assignment for the Benefit of Creditors in Michigan in 2006.** | |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

   **19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Hauser & Associates 10940 N.E. 33rd Place Suite 100 Bellevue, WA 98004** | **my accountant for the past 20 years** |
| **Royal Arabi 8195 Copenhagen Way Boca Raton, FL 33434** | **my bookkeeper for the past year** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Ocean Bank**<br>**780 N.W. 42nd Avenue**<br>**Miami, FL 33126-5597** | |
| **IndymacBak**<br>**POB 3038**<br>**Evansville, IN 47730** | |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

11

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __April 22, 2008__                     Signature  __/s/ Dale L. Tenhulzen__
                                                    **Dale L. Tenhulzen**
                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re  **Dale L. Tenhulzen**                                                        Case No.   **08-13152**
                                          Debtor(s)          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 22, 2008**                               **/s/ Dale L. Tenhulzen**
                                                        **Dale L. Tenhulzen**
                                                        Signature of Debtor

Angela Hathaway
Charles J. Taunt & Associates
700 East Maple Road
2nd Floor
Birmingham, MI 48009-6359


AT&T Mobility
POB 538695
Atlanta, GA 30353-8695


Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124


Bernard S. Shoeps, Esq.
20355 Hawthorne Blvd.
First Floor
Torrance, CA 90503


BMW Financial Services
POB 9001065
Louisville, KY 40290-1065


Boat Rental Slip - Attn:  Donna
1000 North U.S. Highway 1
Suite 800
Jupiter, FL 33477


Bob Gaines
4614 Rancho Reposo
Del Mar, CA 92014-4201


Broward County Revenue Collection
POB 29009
Fort Lauderdale, FL 33301-9009


Capital One
POB 260848
Plano, TX 75026-0848


Capital One Bank
POB 650007
Dallas, TX 75265-0007

Chase Home Finance LLC
10790 Rancho Bernardo Road
San Diego, CA 92127


Christine Tenhulzen
5191 Skylark Drive
Huntington Beach, CA 92649


Citi Financial
9487 S. Dixie Highway
Miami, FL 33156


Citifinancial Retail Services
POB 183041
Columbus, OH 43218-2060


City Electric Supply Co.
POB 609521
Orlando, FL 32860


City of West Palm Beach
POB 3366
West Palm Beach, FL 33402-3366


City of West Palm Beach
1000 N. US. Highway 1
Suite 802
Jupiter, FL 33477


Corporate Creations
11380 Prosperity Farms Road
Suite 221E
Palm Beach Gardens, FL 33410


Countrywide Home Loans
P.O. Box 660694
Dallas, TX 75266-0694


County of Palm Beach, Tax Collector
POB 3353
West Palm Beach, FL 33402-3353

Department of Solid Waste
2525 N.W. 62nd Street
5th Floor
Miami, FL 33147


Department Stores National Bank
POB 6938
The Lakes, NV 88901-6938


Dr. Vince Thomas
16141 Bolsa Chica Road
Huntington Beach, CA 92649


Equity Trust (FBO)
Herman E. Kelt III
POB 20984
Boulder, CO 80308


FedEx
POB 660481
Dallas, TX 75266-0481


Gabriel, Gabriel & Raymond, LLC
11380 Prosperity Farms Road
Suite 204
Palm Beach Gardens, FL 33410


Gray Dolphin Pools
16225 S.W. 117 Avenue
Unit D-14
Miami, FL 33177


Hauser & Associates
10940 N.E. 33rd Place
Suite 100
Bellevue, WA 98004


Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


Indymac Bank
POB 78826
Phoenix, AZ 85062-8826

IndymacBank
POB 3038
Evansville, IN 47730


Infinity Developers, Inc.
13370 SW 131 Street
Suite 111
Miami, FL 33186


J.T. Sims
c/o Trelog, Inc.
POB 23599
Louisville, KY 40224


Jerome D. Stark SBN 67633
Jerome D. Stark, PC
2700 N. Main Street
Suite 630
Santa Ana, CA 92705


Jupiter Harbour Marina Owners Associatio
c/o Gabriel Gabriel & Raymond, LLC
Prosperity Gardens, Suite 204
11380 Prosperity Farms Road
Palm Beach Gardens, FL 33410


Karl J. Schumer, Esq.
Law Offices of Karl J. Schumer, P.A.
18851 N.E. 29th Avenue
Suite 700
Aventura, FL 33180


Kathryn Avellanet
18911 Westwood Place
Dallas, TX 75287


Kathryn Avellanet Trustee of the Gardere
Wynne Sewell LLP Savings & Retirement
Plan FBO Kathryn Avellanet
18911 Westood Place
Dallas, TX 75287


Kathryn Avellanet Trustee of the Trust
Under Will of Betty J. Parsons
FBO Shauna Higdon
18911 Westwood Place
Dallas, TX 75287

```
L. Joseph Hoffman, Esq.
9700 South Dixie Highway
Suite 610
Miami, FL 33156


Linda Clark
16141 Santa Barbara Lane
Huntington Beach, CA 92649


Loxahatchee River District
POB 8800
Jupiter, FL 33468-8800


Marshall C. Watson, Esq.
1800 N.W. 49th Street
Suie 120
Fort Lauderdale, FL 33309


Miami-Dade County Dpt Solid Waste Mgmt
2525 N.W. 62 Street
Miami, FL 33147


Miami-Dade County Tax Collector
16103 SW 145 Street
Miami, FL 33196


Miami-Dade Tax Collector
140 W. Flagler Street
Miami, FL 33130-1575


Miami-Dade Water & Sewer
POB 026055
Miami, FL 33102-6055


Nataliya Sonis
1174 Arthur Street
Hollywood, FL 33019


Nora Caceres
c/o William Terry, Esq.
5900 S.W. 73rd Street
Suite 303
Miami, FL 33143
```

Nordstrom Bank
POB 79137
Phoenix, AZ 85062-9137


North Shore Agency, Inc.
751 Summa Avenue
Westbury, NY 11590


Ocean Bank
780 N.W. 42nd Avenue
Miami, FL 33126-5597


Orange County Recorder
P.O. Box 1438
Santa Ana, CA 92702


Palm Beach County, Tax Collector
POB 3353
West Palm Beach, FL 33404-3353


Palm Beach Tax Collector
POB 3353
West Palm Beach, FL 33402-3353


Palm Beach Tax Collector
1000 North U.S. Highway 1
Suite 802
Jupiter, FL 33477


Penn Credit Corp.
POB 988
Harrisburg, PA 17108-0988


Royal Arabi
8195 Copenhagen Way
Boca Raton, FL 33434


Sarah Barbaccia, Esq.
2901 Stirling Road
Suite 300
Fort Lauderdale, FL 33312

Scott A. Griffith, Esq.
The Default Law Group
9119 Corporate Lake Drive
Tampa, FL 33634-2380


Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211


Sperry, Bauer & Associates, LLP
2441 Ridge Drive
Suite 220
Laguna Hills, CA 92653


State Board of Equalization
Centralized Collection Section
POB 942879
Sacramento, CA 94279-0095


Suntrust Bank, NA
Consumer Loan Payments
POB 79114
Baltimore, MD 21279-1144


T-Mobile
POB 790047
Saint Louis, MO 63179-0047


Tax Collector, Palm Beach County
POB 3353
West Palm Beach, FL 33402-3353


The City of West Palm Beach
Office of the City Attorney
POB 3366 (33402)
West Palm Beach, FL 33401


The Islands Club at Coral Springs
c/o Quest Management Group
POB 651906
Miami, FL 33265


Town of Jupiter Utilities
POB 8900
Jupiter, FL 33468-8900

```
Townhomes@Jupiter Harbour
c/o Prime Management
2074 W Indiantown Road
Suite 200
Jupiter, FL 33458


Trelog, Inc.
JT Sims
POB 23599
Louisville, KY 40223


U.S. Bank National Association, Trustee
for JP Morgan Acquisition Trust 2006 ACC
c/o Marshall Watson
1800 N.W. 49th Street, # 120
Fort Lauderdale, FL 33309


Verizon Wireless
POB 371322
Pittsburgh, PA 15250-7322


Wachovia Bank
POB 563973
Charlotte, NC 28256-3973


Wachovia Bank
POB 52117
Jacksonville, FL 32201-2117


Water Lily Design LLC
c/o Cammi Weling
6313-C Chasewood Drive
Jupiter, FL 33458
```