**FORM 1 "EXHIBIT A" schedules**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-13152 RAM  Judge: ROBERT A. MARK | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | Date Filed (f) or Converted (c): | 03/17/08 (f) |
| | | 341(a) Meeting Date: | 04/22/08 |
| For Period Ending: | 06/30/11 | Claims Bar Date: | 05/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1000 N. University Drive # 802 Jupiter, Florida 33 | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 630-32 50 th Street West Palm Beach, FL 33066 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 9000 N.W. 28 th Drive # I-304 Coral Springs, Flori | 195,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 8420 S.W. 185 th Street Miami, Florida 33157 | 500,000.00 | 7,000.00 | | 7,000.00 | FA |
| 5. 598 N.W. 64 th Street Miami, Florida (under Big Ca | 175,000.00 | 19,000.00 | DA | 0.00 | FA |
| 6. Cash on hand | 85.00 | 0.00 | DA | 0.00 | FA |
| 7. Capital One Savings account #3215388242 | 40.00 | 0.00 | DA | 0.00 | FA |
| 8. Wachovia Bank, Jupiter East, Florida #200003208412 | 251.55 | 0.00 | DA | 0.00 | FA |
| 9. Wachovia Bank, Jupiter East, # 2000032084115 re Ch | 56.98 | 0.00 | DA | 0.00 | FA |
| 10. Wachovia, Jupiter East # 200003208413 re Meltless | 97.82 | 0.00 | DA | 0.00 | FA |
| 11. Bank of America as of 2/21/08-3/20/08 #8980 0886 4 | 195.14 | 0.00 | DA | 0.00 | FA |
| 12. Bank of America re #0089 8000 4160- Equity Holding | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Bank of America # 0089 8000 4377 - Gulf Coat Real | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Bank of America # 0089 8000 4393 - Participating P | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 16.02b

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-13152 -RAM | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3642  BofA - Money Market Account |
| Taxpayer ID No: | *******5275 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/08 | 4 | DALE L. TENHOLZEN  3500 FRANTZ ROAD  MIAMI, FL  33133 | 8420 SW 185 St. ECF106 | 1210-000 | 7,000.00 | | 7,000.00 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.39 | | 7,000.39 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 7,000.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,000.81 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 7,000.86 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,000.92 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 7,001.07 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,001.25 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,001.42 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,001.60 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,001.78 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,001.95 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,002.12 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.30 |

Page Subtotals     7,002.30     0.00

FORM 2 (EXHIBIT B)
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-13152 -RAM | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3642  BofA - Money Market Account |
| Taxpayer ID No: | *******5275 | | | |
| For Period Ending: | 06/30/11 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.48 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.66 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,002.82 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,003.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,003.17 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,003.34 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,003.52 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,003.69 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,003.87 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,004.04 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,004.22 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,004.39 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,004.57 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,004.75 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 7,004.80 |

Page Subtotals       2.50       0.00

LFORM24

Ver: 16.02b

# FORM 2 (EXHIBIT B)
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 08-13152 -RAM |
| Case Name: | TENHOLZEN, DALE L. |
| Taxpayer ID No: | *******5275 |
| For Period Ending: | 06/30/11 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3642  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,004.86 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,004.92 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,004.98 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,005.04 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,005.04 | 0.00 | 7,005.04 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,005.04 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,005.04 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********3642 | 7,005.04 | 0.00 | 7,005.04 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,005.04 | 0.00 | 7,005.04 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.24     0.00

LFORM24

Ver: 16.02b

**FORM 1 "EXHIBIT A" schedules**
Case 08-13152-RAM Doc 110 Filed 07/28/11 Page 5 of 6
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Case No:  08-13152  RAM  Judge: ROBERT A. MARK  Trustee Name:  DREW M. DILLWORTH
Case Name:  TENHOLZEN, DALE L.  Date Filed (f) or Converted (c):  03/17/08 (f)
341(a) Meeting Date:  04/22/08
Claims Bar Date:  05/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. WaMu re Dale L. Tenhulzen | 101.24 | 0.00 | DA | 0.00 | FA |
| 16. Ocean Bank # 172161506 re Dale Tenhulzen | 1.65 | 0.00 | DA | 0.00 | FA |
| 17. Wachovia Business Checking # 2000021111293, TNT Fu | 83.99 | 0.00 | DA | 0.00 | FA |
| 18. Wachovia Business Checking # 2000032083954 - Big C   DE 42 Amount changed | 258.86 | 0.00 | DA | 0.00 | FA |
| 19. Household goods and related furnishings | 250.00 | 0.00 | DA | 0.00 | FA |
| 20. Books, pictures, etc. | 200.00 | 0.00 | DA | 0.00 | FA |
| 21. Wearing appeal, valuable only to Debtor | 150.00 | 0.00 | DA | 0.00 | FA |
| 22. One watch and ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 23. Hobby equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 24. Ohio National Financial Services (Life Insurance f | 0.00 | 0.00 | DA | 0.00 | FA |
| 25. Golden Eggs Unlimited, LLC; Meltless Iceberg LLC; | 0.00 | 0.00 | DA | 0.00 | FA |
| 26. Office equipment and supplies | 200.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 5.04 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $1,852,172.23  $26,000.00  $7,005.04  $0.00

LFORM1  Ver: 16.02b

**FORM 1 "EXHIBIT A" schedules**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 08-13152 RAM   Judge: ROBERT A. MARK | Trustee Name: | DREW M. DILLWORTH |
| --- | --- | --- | --- |
| Case Name: | TENHOLZEN, DALE L. | Date Filed (f) or Converted (c): | 03/17/08 (f) |
| | | 341(a) Meeting Date: | 04/22/08 |
| | | Claims Bar Date: | 05/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee withdrew NDR to investigate allegations made by debtor's ex spouse;

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/30/11

_____ Date: _____

DREW M. DILLWORTH

LFORM1    Ver: 16.02b