UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
TENHOLZEN, DALE L. § Case No. 08-13152
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DREW M. DILLWORTH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DREW M. DILLWORTH _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DREW DILLWORTH | | | | | |
| DREW DILLWORTH | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| JIM MILLER, ESQ. | | | | | |
| JIM MILLER, ESQ. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | TENHULZEN, CHRISTINE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ARABI, ROYAL | | | | | |
| 000014 | AVELLANET, KATHRYN | | | | | |
| 000008 | EQUITY TRUST (FBO) | | | | | |
| 000011 | HARBOUR, TOWNHOMES@JUPITER | | | | | |
| 000012 | KATHRYN AVELLANET TRUSTEE OF THE GA | | | | | |
| 000013 | KATHRYN AVELLANET TRUSTEE OF THE TR | | | | | |
| 000010 | OCEAN BANK | | | | | |
| 000007 | SHOEPS, ESQ., BERNARD S. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | SONIS, NATALIYA | | | | | |
| 000006 | SPERRY, BAUER & ASSOCIATES, LLP | | | | | |
| 000004 | SUNTRUST BANK | | | | | |
| 000009 | THE CITY OF WEST PALM BEACH | | | | | |
| 000002 | TRELOG, INC. | | | | | |
| 00015 | DYCK-O'NEAL, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 "EXHIBIT A" schedules
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-13152    RAM    Judge: ROBERT A. MARK | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | Date Filed (f) or Converted (c): | 03/17/08 (f) |
| For Period Ending: | 08/24/12 | 341(a) Meeting Date: | 04/22/08 |
| | | Claims Bar Date: | 05/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1000 N. University Drive # 802 Jupiter, Florida 33 | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 630-32 50 th Street West Palm Beach, FL 33066 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 9000 N.W. 28 th Drive # I-304 Coral Springs, Flori | 195,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 8420 S.W. 185 th Street Miami, Florida 33157 | 500,000.00 | 7,000.00 | | 7,000.00 | FA |
| 5. 598 N.W. 64 th Street Miami, Florida (under Big Ca | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash on hand | 85.00 | 0.00 | DA | 0.00 | FA |
| 7. Capital One Savings account #3215388242 | 40.00 | 0.00 | DA | 0.00 | FA |
| 8. Wachovia Bank, Jupiter East, Florida #200003208412 | 251.55 | 0.00 | DA | 0.00 | FA |
| 9. Wachovia Bank, Jupiter East, # 2000032084115 re Ch | 56.98 | 0.00 | DA | 0.00 | FA |
| 10. Wachovia, Jupiter East # 200003208413 re Meltless | 97.82 | 0.00 | DA | 0.00 | FA |
| 11. Bank of America as of 2/21/08-3/20/08 #8980 0886 4 | 195.14 | 0.00 | DA | 0.00 | FA |
| 12. Bank of America re #0089 8000 4160- Equity Holding | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Bank of America # 0089 8000 4377 - Gulf Coat Real | 0.00 | 0.00 | DA | 0.00 | FA |

FORM 1 "EXHIBIT A" schedules
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2
Exhibit 8

| Case No: | 08-13152 | RAM | Judge: ROBERT A. MARK | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | TENHOLZEN, DALE L. | | | Date Filed (f) or Converted (c): | 03/17/08 (f) |
| | | | | 341(a) Meeting Date: | 04/22/08 |
| | | | | Claims Bar Date: | 05/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Bank of America # 0089 8000 4393 - Participating P | 0.00 | 0.00 | | 0.00 | FA |
| 15. WaMu re Dale L. Tenhulzen | 101.24 | 0.00 | DA | 0.00 | FA |
| 16. Ocean Bank # 172161506 re Dale Tenhulzen | 1.65 | 0.00 | DA | 0.00 | FA |
| 17. Wachovia Business Checking # 2000021111293, TNT Fu | 83.99 | 0.00 | DA | 0.00 | FA |
| 18. Wachovia Business Checking # 2000032083954 - Big C<br>    DE 42 Amount changed | 258.86 | 0.00 | DA | 0.00 | FA |
| 19. Household goods and related furnishings | 250.00 | 0.00 | DA | 0.00 | FA |
| 20. Books, pictures, etc. | 200.00 | 0.00 | DA | 0.00 | FA |
| 21. Wearing appeal, valuable only to Debtor | 150.00 | 0.00 | DA | 0.00 | FA |
| 22. One watch and ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 23. Hobby equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 24. Ohio National Financial Services (Life Insurance f | 0.00 | 0.00 | DA | 0.00 | FA |
| 25. Golden Eggs Unlimited, LLC; Meltless Iceberg LLC; | 0.00 | 0.00 | DA | 0.00 | FA |
| 26. Office equipment and supplies | 200.00 | 0.00 | DA | 0.00 | FA |

**FORM 1 "EXHIBIT A" schedules**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

Case No:  08-13152   RAM   Judge: ROBERT A. MARK  
Case Name: TENHOLZEN, DALE L.

Trustee Name: DREW M. DILLWORTH  
Date Filed (f) or Converted (c): 03/17/08 (f)  
341(a) Meeting Date: 04/22/08  
Claims Bar Date: 05/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 5.71 | Unknown |

TOTALS (Excluding Unknown Values)    $1,852,172.23    $7,000.00        $7,005.71    Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 04/30/12

_____    Date: _____  
DREW M. DILLWORTH

LFORM1    Ver: 16.06f  
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 08-13152 -RAM |
| Case Name: | TENHOLZEN, DALE L. |
| Taxpayer ID No: | *******5275 |
| For Period Ending: | 08/24/12 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3642 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/08 | 4 | DALE L. TENHOLZEN<br>3500 FRANTZ ROAD<br>MIAMI, FL 33133 | Order (ECF106) dated 7/19/10 | 1210-000 | 7,000.00 | | 7,000.00 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.39 | | 7,000.39 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 7,000.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.81 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,000.86 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.92 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 7,001.07 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,001.25 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,001.42 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,001.60 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,001.78 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,001.95 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,002.12 |
| | | | Page Subtotals | | 7,002.12 | 0.00 | |

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-13152 -RAM | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3642  BofA - Money Market Account |
| Taxpayer ID No: | *******5275 | | |
| For Period Ending: | 08/24/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.30 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.48 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.66 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,002.82 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,003.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,003.17 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,003.34 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,003.52 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,003.69 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,003.87 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,004.04 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,004.22 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,004.39 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,004.57 |

Page Subtotals    2.45    0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 08-13152 -RAM | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3642  BofA - Money Market Account |
| Taxpayer ID No: | *******5275 | | |
| For Period Ending: | 08/24/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,004.75 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 7,004.80 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,004.86 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,004.92 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,004.98 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,005.04 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,005.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,005.16 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,005.22 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,005.28 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.92 | 6,996.36 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,996.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.63 | 6,987.79 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,987.85 |

Page Subtotals          0.83          17.55

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 08-13152 -RAM | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3642 BofA - Money Market Account |
| Taxpayer ID No: | *******5275 | | | |
| For Period Ending: | 08/24/12 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.62 | 6,979.23 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,979.29 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.15 | 6,970.14 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,970.20 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.28 | 6,961.92 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,961.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.56 | 6,953.42 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,953.48 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,953.54 |
| 06/05/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 6,953.55 |
| 06/05/12 | | Transfer to Acct #*******8782 | Final Posting Transfer | 9999-000 | | 6,953.55 | 0.00 |

Page Subtotals        0.31        6,988.16

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

**FORM 2 "EXHIBIT B"**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 08-13152 -RAM |
| Case Name: | TENHOLZEN, DALE L. |
| Taxpayer ID No: | *******5275 |
| For Period Ending: | 08/24/12 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3642  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,005.71 | 7,005.71 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,953.55 | |
| | | | Subtotal | | 7,005.71 | 52.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,005.71 | 52.16 | |

Page Subtotals     0.00     0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 08-13152 -RAM | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | TENHOLZEN, DALE L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8782  BofA - Checking Account |
| Taxpayer ID No: | *******5275 | | |
| For Period Ending: | 08/24/12 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/12 | | Transfer from Acct #*******3642 | Transfer In From MMA Account | 9999-000 | 6,953.55 | | 6,953.55 |
| 06/05/12 | 003001 | DREW DILLWORTH<br>150 W. FLAGLER STREET<br>22ND FLOOR<br>MIAMI, FL  33130 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.56 | 5,502.99 |
| 06/05/12 | 003002 | DREW DILLWORTH<br>150 W. FLAGLER STREET<br>22ND FLOOR<br>MIAMI, FL  33130 | Chapter 7 Expenses | 2200-000 | | 95.89 | 5,407.10 |
| 06/05/12 | 003003 | JIM MILLER, ESQ.<br>19 West Flagler Street<br>Suite 416<br>Miami, FL 33130 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,122.50 | 3,284.60 |
| 06/05/12 | 003004 | JIM MILLER, ESQ.<br>19 West Flagler Street<br>Suite 416<br>Miami, FL 33130 | Attorney for Trustee Expenses (Othe | 3220-000 | | 187.92 | 3,096.68 |
| 06/05/12 | 003005 | Christine Tenhulzen<br>5191 Skylark Drive<br>Huntington Beach, CA 92649 | Claim 000003, Payment 10.91630% | 5100-000 | | 3,096.68 | 0.00 |

Page Subtotals        6,953.55        6,953.55

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

**FORM 2 "EXHIBIT B"**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| | |
|---|---|
| Case No: | 08-13152 -RAM |
| Case Name: | TENHOLZEN, DALE L. |
| Taxpayer ID No: | *******5275 |
| For Period Ending: | 08/24/12 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******8782  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | | 6,953.55 | 6,953.55 | 0.00 |
| Less:  Bank Transfers/CD's | | 6,953.55 | 0.00 | |
| Subtotal | | 0.00 | 6,953.55 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 6,953.55 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********3642 | 7,005.71 | 52.16 | 0.00 |
| BofA - Checking Account - ********8782 | 0.00 | 6,953.55 | 0.00 |
| | 7,005.71 | 7,005.71 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*